## MOORE et al. v. WHITE.

### No. 9971.

Court of Civil Appeals of Texas. San Antonio.

**March 3, 1937.**

Nass & Bitter, of San Antonio, for appellants.

Piland & McNeill, of San Antonio, for appellee.

SLATTON, Justice.

Appellants having failed to file in this court a brief, it follows that the appeal will be dismissed.